UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Teresa Arthurs v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11715-DRH |
| *Devin Clark v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10156-DRH |
| *Starlet Franco v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11711-DRH |
| *Heather Galvan v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13560-DRH |
| *Shannan Grubb v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11084-DRH |
| *Michele Hollis v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11713-DRH |
| *Kassandra Koonce v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10699-DRH |
| *Julia Leverett v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11823-DRH |
| *Jessica Pryor v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10484-DRH |
| *Michelle Scott v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13198-DRH |
| *Latosha Thomas v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13413-DRH |
| *Shamela Tolston v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10692-DRH |

| | |
|---|---|
| *Cecelia Vance v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12631-DRH |
| *Stephanie Vanhoose v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12709-DRH |
| *Michelle Vanschyndel v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11420-DRH |
| *Angela Vestal v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10333-DRH |
| *Alicia Watters v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10308-DRH |
| *Abigail Weber v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11069-DRH |
| *Wanda Whipple v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10305-DRH |
| *Adrian Wilson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10484-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 28, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        BY: __/s/*Caitlin Fischer*__
                                               **Deputy Clerk**

Date: October 30, 2014

APPROVED: David R. Herndon 2014.10.30 12:12:38 -05'00'
          DISTRICT JUDGE
          U. S. DISTRICT COURT